**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 11, 2024

Mr. Ed D. Foster
Earnest C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

Mr. John S. Pallas
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Re: Case No. 23-1891, *Ed Foster v. Chris King*
Originating Case No. 2:15-cv-12265

Dear Mr. Foster and Counsel:

Enclosed is the Corrected Official Court of Appeals Caption for 23-1891.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

Enclosure

**CORRECTED OFFICIAL COURT OF APPEALS CAPTION FOR 23-1891**

ED D. FOSTER

Petitioner - Appellant

v.

CHRIS KING

Respondent - Appellee